# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

TO:   Mr. James N. Hatten, Clerk
      United States District Court

DATE: January 21, 2021

RE:   20-40329-BEM
      Bankruptcy Case No.

**SRH Southaven, LLC**
Debtor(s)

AND/OR

**Humphreys Fund I REIT, LLC**
Plaintiff/Appellant

Adversary Proceeding No.

vs
**SRH Southaven, LLC**
Defendant/Appellee

### S U B M I S S I O N   S H E E T

Submitted on:

☒     Notice of Appeal filed 01/20/2021- Doc. No. 119
      File date of Order being appealed from 01/06/2021 - Doc. No. 103 and 113

☒     Appellant - **Humphreys Fund I REIT, LLC**
      Appellee   - **SRH Southaven, LLC**

☐     Motion for Leave to Appeal by
      from order/judgment entered

☐     Motion for Withdrawal filed by
      ☐ w/obj.                   ☐ w/out obj.

☐ Proposed Findings of Fact/Conclusions of Law by
      ☐ w/obj.                   ☐ w/out obj.

☐ Report and Recommendations
      ☐ w/obj.                   ☐ w/out obj.

☐ Supplemental Record to USDC Case No.

☐ Other:

**Contents of Record:**

☒ Entire Record    ☐ Designated items of    ☐ Appellant(s)    ☐ Appellee

      Filing Fee Paid - ☒ Yes    ☐ No

      In Forma Pauperis - ☐ GRANTED    ☐ DENIED

      Volumes of Record

      Volumes of Transcript/Depositions

      Envelope(s)/Box(s) Exhibits

If previous appeal filed, list:
      USDC Case Number:
      USDC Judge Assignment:
      Previous case numbers in related appeal cases:

**Please return a "RECEIVED" stamped copy showing Case Number and Judge Assignment**

_____
**USDC Number/Judge**

FROM:   M. Regina Thomas, Clerk of Court
        United States Bankruptcy Court

By: /s/Cristina Flores_____
      Cristina Flores, Deputy Clerk

F08 (submusdc.roa) (Rev. 10-2009) – *mgs10.20.14*